NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2740
    Facsimile:   (213) 894-0115
    E-mail:      john.ellis3@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>GORDON J. PHILLIPS, JR., and<br>STACIA A. PHILLIPS.<br><br>       Defendants. | Civil No.  8:20-cv-02100<br><br>Complaint to Reduce Federal Income Tax Assessments to Judgment |

## COMPLAINT

The United States of America, on behalf of its agency the Internal Revenue Service (IRS), brings this action to reduce unpaid federal income tax assessments owed by Gordon J. Phillips, Jr., and Stacia A. Phillips (collectively, defendants) to judgment. The United States complains and alleges on information and belief as follows:

### A. GENERAL ALLEGATIONS

**Authorization for Suit**

1.    This action for the collection of federal taxes, penalties, and interest is brought at the direction of the Attorney General of the United States and at the request of, and with the authorization of, the Chief Counsel of the IRS, a delegate of the Secretary of the Treasury of the United States, pursuant to 26 U.S.C. §§ 7401 and 7403.

1

**Jurisdiction and Venue**

2. The district court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345, as well as 26 U.S.C. § 7402.

3. Venue properly lies in the Central District of California under 28 U.S.C. § 1391(b)(1) because both defendants reside in this district, 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the United States' claims in this action occurred within the judicial district, and 28 U.S.C. § 1396 because this is a civil action for the collection of federal income taxes owed by defendants, who reside in and filed joint federal income tax returns in the district.

**The Parties**

4. The United States is the plaintiff to this action and seeks to reduce to judgment defendants' unpaid federal income tax assessments for the 2009, 2010, 2011, 2013, 2014, 2015, and 2016 tax years.

5. Defendant Gordon J. Phillips, Jr., is made a party to this action because the United States is seeking to reduce his joint federal income tax assessments for the 2009, 2010, 2011, 2013, 2014, 2015, and 2016 tax years to judgment.

6. Defendant Stacia A. Phillips is made a party to this action because the United States is seeking to reduce her joint federal income tax assessments for the 2009, 2010, 2011, 2013, 2014, 2015, and 2016 tax years to judgment.

7. At all times relevant to this complaint, defendant Gordon J. Phillips, Jr., was married to defendant Stacia A. Phillips.

**B. FIRST CAUSE OF ACTION**

**To Reduce Federal Income Tax Assessments to Judgment**

8. The United States incorporates by reference the allegations set forth in paragraphs 1 through 7 above.

9. Defendants filed a Form 1040, U.S. Individual Income Tax Return, for each of the 2009, 2010, 2011, 2013, 2014, 2015, and 2016 tax years.

//

10. Defendants selected the "married filing jointly" filing status on each of their 2009, 2010, 2011, 2013, 2014, 2015, and 2016 federal income tax returns.

**2009**

11. Defendants' federal income tax return for the 2009 tax year was filed on October 15, 2010. It reported a tax liability of $303,706. The IRS assessed the tax reported on the return, as well as an estimated tax penalty, 26 U.S.C. § 6654, a late-payment penalty, 26 U.S.C. § 6651(a)(2), and statutory interest, 26 U.S.C. § 6601, on November 22, 2010.

12. The IRS assessed on September 3, 2012, $4,580 of additional tax relating to defendants' 2009 tax return. The additional tax was based on the IRS's determination that defendants had received, but failed to report, $478 of interest income and $12,480 of wage income during the 2009 tax year.

13. The IRS made additional assessments relating to the 2009 tax year in 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019 for additional late-payment penalties and/or interest.

14. As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2009 tax year:

//
//
//
//

| Date of Assessment | Tax | Late-payment Penalty | Estimated Tax Penalty | Interest |
|---|---|---|---|---|
| 11/22/2010 | $303,706 | $12,148 | $6,231 | $7,445 |
| 08/13/2012 | ---- | $54,436 | --- | --- |
| 09/03/2012 | $4,580 | --- | --- | --- |
| 08/12/2013 | --- | $7,846 | --- | $31,561 |
| 08/11/2014 | --- | $550 | --- | $12,693 |
| 08/17/2015 | --- | $92 | --- | $13,350 |
| 08/15/2016 | --- | --- | --- | $15,197 |
| 08/14/2017 | --- | --- | --- | $18,693 |
| 11/12/2018 | --- | --- | --- | $27,588 |
| 11/11/2019 | --- | --- | --- | $28,519 |

15. The IRS issued defendants statutory notices of balance due relating to the 2009 tax year on November 22, 2010, August 13, 2012, September 3, 2012, August 12, 2013, August 11, 2014, August 17, 2015, August 15, 2016, August 14, 2017, November 12, 2018, and November 11, 2019. Defendants, however, have not fully paid their tax liabilities for that year.

16. As of September 4, 2020, the balance due for defendants' 2009 tax year is $523,533. Additional amounts continue to accrue as provided by law.

**2010**

17. Defendants' 2010 tax return was timely filed on October 15, 2011. It reported a tax liability of $125,438 and no payments. The IRS assessed the tax reported on the return, as well as an estimated tax penalty, a late-payment penalty, and statutory interest, on November 21, 2011.

18. The IRS made additional assessments relating to defendants' 2010 tax year in 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019 for additional late-payment penalties and/or interest.

//

4

19.  As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2010 tax year:

| Date of Assessment | Tax | Late-payment Penalty | Estimated Tax Penalty | Interest |
|---|---|---|---|---|
| 11/21/2011 | $125,438 | $5,018 | $2,690 | $2,878 |
| 08/13/2012 | --- | $9,408 | --- | --- |
| 08/12/2013 | --- | $15,053 | --- | $7,502 |
| 08/11/2014 | --- | $1,882 | --- | $5,102 |
| 08/17/2015 | --- | --- | --- | $5,417 |
| 08/15/2016 | --- | --- | --- | $6,165 |
| 08/14/2017 | --- | --- | --- | $7,584 |
| 11/12/2018 | --- | --- | --- | $11,192 |
| 11/11/2019 | --- | --- | --- | $11,570 |

20.  The IRS issued defendants statutory notices of balance due relating to the 2010 tax year on November 21, 2011, August 13, 2012, August 12, 2013, August 11, 2014, August 17, 2015, August 15, 2016, August 14, 2017, November 12, 2018, and November 11, 2019.  Defendants, however, have not fully paid their tax liabilities for that year.

21.  The total balance due computed to September 4, 2020, for defendants' 2010 tax year is $216,898.  Additional amounts continue to accrue as provided by law.

## 2011

22.  Defendants' 2011 tax return was timely filed on October 15, 2012.  It reported a tax liability of $54,009.  The IRS assessed the tax reported on the return, as well as an estimated tax penalty, a late-payment penalty, and statutory interest, on November 19, 2012.

23.  On April 28, 2014, the IRS assessed $32,762 of additional tax relating to defendants' 2011 tax year and a $6,219 accuracy-related penalty pursuant to 26 U.S.C. § 6662.  The additional tax and penalty was based on the IRS's determination that

defendants had received, but failed to report, $72,667 of taxable retirement income, $3 of taxable dividends, and $172 of interest income.  The IRS also determined that defendants were entitled to $1,666 of additional withholding credits.

24. The IRS made assessments relating to defendants' 2011 tax year in 2013, 2014, 2015, 2016, 2017, 2018, and 2019 for additional accrued late-payment penalties and/or interest owed by defendants.

25. As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2011 tax year:

| Date of Assessment | Tax | Accuracy-Related Penalty | Late-payment Penalty | Estimated Tax Penalty | Interest |
| --- | --- | --- | --- | --- | --- |
| 11/19/2012 | $54,009 | --- | $2,120 | $1,069 | $956 |
| 08/12/2013 | --- | --- | $3,976 | --- | $1,263 |
| 04/28/2014 | $32,762 | $6,219 | --- | --- | --- |
| 08/11/2014 | --- | --- | $6,952 | --- | $4,487 |
| 08/17/2015 | --- | --- | $4,702 | --- | $3,441 |
| 08/15/2016 | --- | --- | $3,276 | --- | $4,077 |
| 08/14/2017 | --- | --- | --- | --- | $5,148 |
| 11/12/2018 | --- | --- | --- | --- | $7,598 |
| 11/11/2019 | --- | --- | --- | --- | $7,854 |

26. The IRS issued defendants statutory notices of balance due relating to the 2011 tax year on November 19, 2012, August 12, 2013, April 28, 2014, August 11, 2014, August 17, 2015, August 15, 2016, August 14, 2017, November 12, 2018, and November 11, 2019.  Defendants, however, have not fully paid their tax liabilities for that year.

27. The total balance due computed to September 4, 2020, for defendants' 2011 tax year is $147,243.  Additional amounts continue to accrue as provided by law.

## 2013

28. Defendants' 2013 tax return was timely filed on October 15, 2014.  It

6

reported a tax liability of $83,782 and no payments.  The IRS assessed the tax reported on the return, as well as a late-payment penalty and statutory interest, on November 24, 2014.

29. The IRS made additional assessments relating to defendants' 2013 tax year in 2015, 2016, 2017, 2018, and 2019 for additional accrued late-payment penalties and/or interest.

30. As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2013 tax year:

| Date of Assessment | Tax | Late-payment Penalty | Interest |
|---|---|---|---|
| 11/24/2014 | $83,782 | $3,351 | $1,550 |
| 08/17/2015 | --- | $7,121 | $1,960 |
| 08/15/2016 | --- | $9,216 | $3,342 |
| 08/14/2017 | --- | $1,257 | $4,485 |
| 11/12/2018 | --- | --- | $6,691 |
| 11/11/2019 | --- | --- | $6,917 |

31. The IRS issued defendants statutory notices of balance due relating to the 2013 tax year on November 24, 2014, August 17, 2015, August 15, 2016, August 14, 2017, November 12, 2018, and November 11, 2019.  Defendants, however, have not fully paid their tax liabilities for that year.

32. As of September 4, 2020, the balance due for defendants' 2013 tax year is $129,672.  Additional amounts continue to accrue as provided by law.

## 2014

33. Defendants' 2014 tax return was timely filed on October 15, 2015.  It reported a tax liability of $155,075.  The IRS assessed the tax reported on the return, as well as an estimated tax penalty, a late-payment penalty, and statutory interest, on November 23, 2015.

34. The IRS made additional assessments relating to defendants' 2014 tax year in 2016, 2017, 2018, and 2019 for additional accrued additions to tax and/or interest.

35. As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2014 tax year:

| Date of Assessment | Tax | Late-payment Penalty | Estimated Tax Penalty | Interest |
|---|---|---|---|---|
| 11/23/2015 | $155,075 | $5,803 | $1,839 | $2,671 |
| 08/15/2016 | --- | $10,881 | --- | $4,022 |
| 08/14/2017 | --- | $17,409 | --- | $6,923 |
| 11/12/2018 | --- | $2,176 | --- | $11,220 |
| 11/11/2019 | --- | --- | --- | $11,721 |

36. The IRS issued defendants statutory notices of balance due relating to the 2014 tax year on November 23, 2015, August 15, 2016, August 14, 2017, November 12, 2018, and November 11, 2019. Defendants, however, have not fully paid their tax liabilities for that year.

37. As of September 4, 2020, the balance due for defendants' 2014 tax year is $219,740. Additional amounts continue to accrue as provided by law.

## 2015

38. Defendants' 2015 tax return was timely filed on October 17, 2016. It reported a tax liability of $143,099 and no payments. The IRS assessed the tax reported on the return, as well as an estimated tax penalty, a late-payment penalty, and statutory interest, on November 21, 2016.

39. The IRS made additional assessments relating to defendants' 2015 tax year in 2017, 2018, and 2019 for additional accrued additions to tax and/or interest.

40. As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2015 tax year:

//
//
//

8

| Date of Assessment | Tax | Late-payment Penalty | Estimated Tax Penalty | Interest |
|---|---|---|---|---|
| 11/21/2016 | $143,099 | $5,724 | $1,169 | $3,482 |
| 08/14/2017 | --- | $10,732 | --- | $4,538 |
| 11/12/2018 | --- | $19,318 | --- | $9,728 |
| 11/11/2019 | --- | --- | --- | $11,145 |

41. The IRS issued defendants statutory notices of balance due relating to the 2015 tax year on November 21, 2016, August 14, 2017, November 12, 2018, and November 11, 2019. Defendants, however, have not fully paid their tax liabilities for that year.

42. As of September 4, 2020, the balance due for defendants' 2015 tax year is $208,936. Additional amounts continue to accrue as provided by law.

## 2016

43. Defendants' 2016 tax return was timely filed on October 16, 2017. It reported a tax liability of $94,478. The IRS assessed the tax reported on the return, as well as an estimated tax penalty, a late-payment penalty, and statutory interest, on November 20, 2017.

44. The IRS made additional assessments relating to defendants' 2016 tax year in 2019 for accrued penalties and interest.

45. As of September 4, 2020, the IRS had made the following assessments relating to defendants' 2016 tax year:

| Date of Assessment | Tax | Late-payment Penalty | Estimated Tax Penalty | Interest |
|---|---|---|---|---|
| 11/20/2017 | $94,478 | $3,379 | $2,258 | $2,052 |
| 11/11/2019 | --- | $17,740 | --- | $9,707 |

46. The IRS issued defendants statutory notices of balance due relating to the 2016 tax year on November 20, 2017, and November 11, 2019. Defendants, however, have not fully paid their tax liabilities for that year.

9

47. As of September 4, 2020, the balance due for defendants' 2016 tax year is $119,614. Additional amounts continue to accrue as provided by law.

48. The total balance due calculated to September 4, 2020, for defendants' 2009, 2010, 2011, 2013, 2014, 2015, 2016 federal income tax liabilities is **$1,565,636**. Additional amounts continue to accrue as provided by law.

WHEREFORE, the United States requests that the Court:

A. Enter a judgment in favor of the United States and against defendants for their 2009, 2010, 2011, 2013, 2014, 2015, and 2016 federal income tax liabilities in the amount of **$1,565,636**, as of September 4, 2020, plus any interest and penalties that will accrue thereafter;

B. Grant the United States its costs incurred in bringing this action, including all fees and collection costs incurred before or after the filing of this complaint; and

C. Order any further relief it deems just and appropriate.

Dated: October 30, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for the United States of America