O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GORDON G. PHILLIPS, JR., *et al.*,<br><br>Defendant. | Case No.: 8:20-cv-2100-MEMF (DFMx)<br><br>**ORDER CONTINUING TRIAL AND PRE-TRIAL DATES [ECF NO. 34]** |

The Court, having read and considered the Stipulation to Continue Trial and Pre-Trial Dates (ECF No. 34) filed by the United States of America, Gordon G. Phillips, Jr., and Stacia A. Phillips, finds that there is good cause to continue the remaining trial and pre-trial dates in this matter. The Court orders that its Civil Trial Order (ECF No. 33) filed May 31, 2022, is amended as follows:

1. The trial in this matter is continued from March 13, 2023, to May 15, 2023, at 8:30 a.m.

2. The final pretrial conference and hearing on motions in limine is continued from February 22, 2023, to April 26, 2023, at 9:00 a.m.

/ / /

/ / /

1

3. The first round of trial filings is continued from January 25, 2023, to March 29, 2023.

4. The second round of trial filings is continued from February 8, 2023, to April 12, 2023.

5. The deadline to complete the settlement conference is continued from December 15, 2022, to February 15, 2023.

**IT IS SO ORDERED.**

Dated: December 20, 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

2