**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GORDON G. PHILLIPS, JR., *et al.*,<br><br>Defendant. | Case No.: 8:20-cv-2100-MEMF<br><br>**JUDGMENT** |

Pursuant to the Stipulation for Entry of Judgment (ECF No. 44) filed March 28, 2023, the Court ORDERS that:

1. Judgment is entered in favor of the United States of America and against Gordon G. Phillips, Jr., in the amount of $1,507,873 and against Stacia A. Phillips in the amount of $1,507,873, jointly and severally, as of December 31, 2022, in relation to their federal income tax liabilities for the 2009, 2010, 2011, 2013, 2014, 2015, and 2016 tax years. Additional penalties and interest will accrue as provided by law.

/ / /

/ / /

2. The parties will bear their own costs and attorney's fees.

3. The Court will retain jurisdiction of this action to enforce the terms of the settlement agreement referenced in the stipulation.

**IT IS SO ORDERED.**

Dated: April 7, 2023

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

2